**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1916**

GREG GIVENS,

Plaintiff – Appellant,

v.

WILLIAM CRISWELL; REBECCA RANDOLPH; JOHN DOE, 1,
individually and collectively,

Defendants – Appellees,

and

MAIN STREET BANK; UNITED BANK, d/b/a United National Bank;
UNITED BANK – DUNBAR, d/b/a United National Bank;
ROSELYN J. CANTINI, United Bank; OHIO COUNTY, WEST
VIRGINIA, Ohio County Prosecutor Office; WHEELING POLICE
DEPARTMENT,

Defendants.

Appeal from the United States District Court for the Northern
District of West Virginia, at Wheeling.  Frederick P. Stamp,
Jr., Senior District Judge.  (5:08-cv-00025-FPS-JSK)

Submitted:  April 21, 2011          Decided:  April 26, 2011

Before WILKINSON, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Greg Givens, Appellant Pro Se. Lee Murray Hall, JENKINS FENSTERMAKER, PLLC, Huntington, West Virginia; Keith C. Gamble, PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC, Morgantown, West Virginia; James Thomas McClure, GOMPERS, MCCARTHY & MCCLURE, Wheeling, West Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Greg Givens appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Givens v. Criswell, No. 5:08-cv-00025-FPS-JSK (N.D. W. Va. July 22, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED